ROGER D. WIEGLEY, California SBN 123537
Law Offices of Roger D. Wiegley
115 Van Wies Point Road, Glenmont, NY 12077
Email: rwiegley@wiegleylaw.com | Telephone: 917-517-6137
JENNIFER J. WIEGLEY, California SBN 262953
Wiegley Employment Law
1043 Garland Ave, Ste C # 940, San Jose, CA 95126-3159
Email: jenny@welcounsel.com | Telephone: 415-634-7472
Attorneys for Plaintiff ANIRUDDHA DATTA

MORGAN, LEWIS & BOCKIUS LLP
Jason S. Mills, Bar No. 225126
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
jason.mills@morganlewis.com

Natalie E. Chun (admitted *pro hac vice*)
1111 Pennsylvania Ave, NW
Washington, D.C. 20036
Tel: +1.202.739.5723
Fax: +1.202.739.3001
natalie.chun@morganlewis.com

Attorneys for Defendants
AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIRUDDHA DATTA,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and DOES 1-10, unidentified individuals,<br><br>Defendants. | CASE NO. 3:26-cv-01551-TLT<br><br>**AS MODIFIED**<br><br>**~~[PROPOSED]~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE AND EXTEND ADR COMPLETION DEADLINE**<br><br>Current Settlement Conference: November 9, 2026, 10:00 a.m.<br>Current ADR Deadline: November 13, 2026<br><br>Settlement Judge: Hon. Lisa J. Cisneros, United States Magistrate Judge District Judge: Hon. Trina L. Thompson |

The Court has considered the Parties' Joint Stipulation to Continue Settlement Conference and Extend ADR Completion Deadline. Good cause appearing under Federal Rule of Civil Procedure 16(b)(4), the Court ORDERS as follows:

(1) The Settlement Conference set for November 9, 2026, before Magistrate Judge Lisa J. Cisneros is VACATED, to be reset by the Settlement Judge after the Court rules on Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 61).

(2) ~~The deadline to complete the Settlement Conference under Paragraph 9 of the Case Management and Scheduling Order (ECF No. 48) is extended to the later of March 31, 2027, or 60 days after the Court issues its order on the Motion to Dismiss.~~

(3) Within seven days after the Court issues its order on the Motion to Dismiss, the Parties shall jointly contact the Settlement Judge's courtroom deputy to obtain a new Settlement Conference date.

(4) All other dates in the Case Management and Scheduling Order remain in effect.

Item (2) was addressed by the Clerk's Notice, ECF No. 64, and it pertains to a Case Management and Scheduling Order issued by the presiding judge; it is not within the undersigned's authority to modify. To ensure that there is a settlement conference before the March 31, 2027 deadline, the parties shall contact the undersigned's courtroom deputy to select a new date as a placeholder. This new date may be advanced if needed.

IT IS SO ORDERED

Dated: 10/20/2026

Hon. Lisa J. Cisneros
United States District Judge